UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA AMAEFUNA, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> ROBERT WILKIE, Secretary of the * <br> Department of Veterans Affairs, and * <br> DEPARTMENT OF VETERANS * <br> AFFAIRS, * <br> * <br> Defendants. * | Civil Action No. 17-cv-12496-IT |

ORDER OF DISMISSAL

September 14, 2018

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [#20], issued on September 14, 2018, ACCEPTING and ADOPTING the Magistrate Judge's Report and Recommendation [#17] and ALLOWING Defendant's Motion to Dismiss [#7], the Complaint [#1] is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge